■ In the Matter of A. P. F. CARTING, INC., Appellant, v CHARLES G. BANKS et al., Respondents. — In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Town Board of the Town of New Castle, made December 29, 1981, denying petitioner's renewal application for a residential refuse collection license, petitioner appeals from an order and judgment (one paper) of the Supreme Court, Westchester County (Cerrato, J.), entered May 7, 1982, which, *inter alia,* dismissed the proceeding. Order and judgment affirmed, without costs or disbursements. The denial of petitioner's application to renew its residential refuse collection license was reasonable, and had a rational basis in the record (see *Matter of Society for Ethical Culture in City of N. Y. v Spatt,* 68 AD2d 112, affd 51 NY2d 449). We have considered petitioner's remaining arguments and find them to be without merit (see *Marcus Assoc. v*

*Town of Huntington,* 45 NY2d 501, 505). Titone, J. P., Thompson, Rubin and Boyers, JJ., concur.